IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEWON C. HARRISON, *et al.*, )  | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:04cv796-A |
| ) | (WO) |
| CITY OF PRATTVILLE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On October 13, 2005, non-party Alabama Board of Pardons and Paroles filed a motion to quash subpoena duces tecum (doc. # 26).  On October 17, 2005, in response to this Court's order to show cause why the motion to quash should not be granted, the defendants agreed to withdraw the subpoena.  (Doc. # 28).  Accordingly, it is

ORDERED that non-party Alabama Board of Pardons and Paroles' motion to quash subpoena duces tecum (doc. # 26) be and is hereby DENIED as moot.

Done this 19th day of October, 2005.

       /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE