IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DWONE C. HARRISON, WILDRICK S. SMITH, AND LAMARCH T. RICHARD, ) ) ) Plaintiffs, ) v. ) ) CITY OF PRATTVILLE, Alabama Police ) Department c/o JIM BYARD, JR., MAYOR; ) LIEUTENANT TODD TOWNSON, ) in his capacity as police officer for the city of ) Prattville, Alabama; and POLICE OFFICER ) BRUCE LITTLES, in his capacity as police ) officer for the City of Prattville, Alabama Police ) Department., ) ) Defendants. ) | (WO)  Civil Action No. 2:04cv796-A |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case on this date, final judgment is entered in favor of the City of Prattville, Alabama Police Department c/o Jim Byard, Jr., Mayor; Lieutenant Todd Townson, in his capacity as police officer for the City of Prattville, Alabama; police officer Bruce Littles, in his capacity as police officer for the City of Prattville, Alabama police department; and Todd Townson and Bruce Littles, individually; and against the Plaintiffs, Dwone C. Harrison, Wildrick S. Smith, and Lamarch T. Richard.

Costs are taxed against the Plaintiffs.

Done this 28th day of October, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE